IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WUGNET PUBLICATIONS, INC. : | |
| c/o JOEL DIAMOND : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-4044 |
| PEERLESS INDEMNITY INSURANCE : | |
| COMPANY, a division of OHIO : | |
| CASUALTY, a member of the Liberty : | |
| Mutual Group : | |

# **ORDER**

AND NOW, this 27th day of June, 2017, upon consideration of **(1)** defendant Peerless Indemnity Insurance Company's motion for summary judgment, Dkt. No. 10, plaintiff Wugnet Publications, Inc.'s response, Dkt. No. 13, and defendant's reply brief, Dkt. No. 14; and **(2)** plaintiff's cross-motion for partial summary judgment, Dkt. No. 11, defendant's response, Dkt. No. 12, and plaintiff's reply brief, Dkt. No. 14, it is ORDERED that defendant's motion, Dkt. No. 10, is GRANTED and plaintiff's cross-motion, Dkt. No. 11, is DENIED.

JUDGMENT IS ENTERED in favor of defendant and against plaintiff on all counts of the complaint.

The Clerk of Court shall mark this case CLOSED.

      */s/ Thomas N. O'Neill, Jr.*
      THOMAS N. O'NEILL, JR., J.